THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:23-cv-00489-D-BM

| CHRISTOPHER CAUDILL; RACHEL NIKETOPOULOS; and DAVID FRIEDLANDER, A/K/A DOVID FRIEDLANDER | ) ) ) ) ) | |
|---|---|---|
| Plaintiff(s) | ) ) | NORTH CAROLINA DEPARTMENT OF NATURAL AND CULTURAL RESOURCES MOTION TO DISMISS PLAINTIFFS' COMPLAINT |
| v. | ) ) ) | |
| THE NORTH CAROLINA SYMPHONY SOCIETY, INC.; THE NORTH CAROLINA DEPARTMENT OF NATURAL AND CULTURAL RESOURCES; and SANDI MACDONALD | ) ) ) ) ) ) ) ) | **[Fed. R. Civ. P. 12(b)(1), (2) and (6)]** |
| Defendant(s) | ) | |

Now comes Defendant the North Carolina Department of Natural and Cultural Resources ("NCDNCR"), and respectfully submits this motion to dismiss Plaintiffs' Complaint in the above-captioned action against NCDNCR pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6). Plaintiffs' Complaint should be dismissed for lack of personal and/or subject matter jurisdiction and Plaintiffs' failure to state a claim upon which relief can be granted. Defendant NCDNCR moves the Court to dismiss this matter because Plaintiffs were not, at any time alleged in the Complaint and particularly, at the time of the employment separation, employees of NCDNCR or, the State of North

1

Carolina. This Court lacks personal and/or subject matter jurisdiction to adjudicate this cause of action and Plaintiffs' have failed to state a claim upon which relief can be granted due to Plaintiffs' failure to exhaust administrative remedies. In support of this motion, State Defendants rely on the factual grounds, arguments and legal authorities set forth in the accompanying brief.

Respectfully submitted, this the 3rd day of November, 2023.

JOSHUA H. STEIN
ATTORNEY GENERAL

<u>Electronically Submitted</u>
Charles Whitehead
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
919-716-6824
State Bar No. 39222
cwhitehead@ncdoj.gov